FILED
September 04, 2026
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY: Joseph Hinojos
DEPUTY

AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT

for the

Western District of Texas

United States of America
v.
Ricky Jay MARTINEZ

Defendant(s)

Case No. **PE: 26-MJ-331**

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of June 17, 2026 in the county of Ward in the Western District of Texas, the defendant(s) violated:

| *Code Section* | *Offense Description* |
|---|---|
| 18 U.S.C. § 2252A (a)(5)(B) | Possession of Child Pornography with a prior conviction. |

This criminal complaint is based on these facts:

See Attached Affidavit

☑ Continued on the attached sheet.

ABIGAIL A SEMPA — Digitally signed by ABIGAIL A SEMPA Date: 2026.09.03 20:44:46 -05'00'

*Complainant's signature*

Abigail Sempa, HSI Special Agent

*Printed name and title*

Complaint sworn to telephonic-ally and signed electronically on this date. FED.R.CRIM.P. 4.1(b)(2)(A)

Date: 9/4/2026

*Judge's signature*

City and state: Pecos, Texas

David Fannin United States Magistrate Judge

*Printed name and title*

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS

I, Abigail Sempa, being duly sworn, depose and state as follows:

## AFFIDAVIT IN SUPPORT OF ARREST WARRANT

1. This affidavit is being submitted in support of a criminal complaint and arrest warrant in the matter of Ricky Jay MARTINEZ. I submit there is probable cause to believe Ricky Jay MARTINEZ did unlawfully, knowingly, and or intentionally violate Title 18, United States Code (U.S.C.) § 2252A – *Possession of Child Pornography after a prior sex conviction.*

2. The information contained within this affidavit is based on my personal knowledge, training, and experience, as well as information provided by other law enforcement officers. I have not included each and every fact known at this time, concerning this investigation, therefore I set forth only the facts necessary to establish probable cause.

## CRIMINAL HISTORY

3. On or about April 16, 2004, in the 143rd District Court, MARTINEZ was convicted of a felony offense punishable by more than one year of confinement to wit: Sexual Assault of a Child, and was sentenced to twelve (12) years of confinement in the Texas Department of Criminal Justice under case number: 03114586CRW.

## PROBABLE CAUSE

4. On June 4, 2026, MARTINEZ was arrested by Ward County Sheriff's Office (WCSO) for failure to comply with sex offender registry requirements related to a social media account(s) that MARTINEZ failed to report. Subsequently, WCSO seized MARTINEZ's cellular device in order to apply for a search warrant to determine if there were any additional online

identifiers/social media accounts that were not reported by MARTINEZ.

5. On June 5, 2026, MARTINEZ was released from the Ward County Detention Center and voluntarily went to WCSO to request his cell phone back. While speaking with WCSO officers, MARTINEZ provided verbal consent for WCSO officers to look through his phone.

6. While reviewing the contents of MARTINEZ's cell phone, WCSO discovered dark web browser tabs involving sexual terms related to children. One of these tabs opened to an image that, according to the WCSO officer, appeared to depict child pornography. WCSO also discovered multiple child pornography labeled links on MARTINEZ's cell phone.

7. On the same day, MARTINEZ was arrested by WCSO for violations related to possession of child pornography and failing to comply with registration requirements, as an unreported YouTube account was also found on MARTINEZ's cell phone. On or about June 7, 2026, MARTINEZ was released on bond from the Ward County Detention Center.

8. On June 17, 2026, WCSO was granted a search warrant for MARTINEZ's cell phone, and a forensic analysis of MARTINEZ's cell phone was conducted. On August 27, 2026, Your Affiant received the forensic analysis of MARTINEZ's cell phone from WCSO for review. After an initial review of the contents of MARTINEZ's cell phone, HSI Special Agents (SAs) observed multiple images and videos appearing to depict child sexual abuse material (CSAM) including the following:

a) A color image containing three (3) individual images to complete the full image Each individual image depicts the same partially nude prepubescent minor minor female child, appearing to be approximately eight (8) to nine (9) years of age, lying on her back with her legs in the air behind her arms. The child's wrists are shackled together with bondage chains in front of her legs appearing as so to

prevent her from moving her legs. One individual image depicts an adult male forcing his penis into the child's anus while the child appears unable to move due to the bondage chains.

b) A color video that is one (1) minute and two (2) seconds in length, depicting adult male filming himself forcefully penetrating what appears to be a prepubescent minor female child in her vagina with his penis, while sitting in a vehicle. The camera shows the adult male holding the child by her torso while continuously thrusting throughout the entirety of the video.

9. During the review of the contents of MARTINEZ's cell phone, Your Affiant also observed multiple images depicting bestiality.

10. Information from WCSO indicates MARTINEZ currently resides in Grandfalls, Texas, within the Western District of Texas.

## CONCLUSION

11. Based on the facts and circumstances stated above, I submit that there is probable cause to believe that Ricky Jay MARTINEZ has committed violations of Title 18, United States Code (U.S.C.) § 2252A(a)(5)(B) – *Possession of Child Pornography after a prior sex conviction.*

12. Because this affidavit is being submitted for the limited purposes of establishing probable cause as set forth herein, I have not included every fact known to me concerning this investigation.

13. I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

ABIGAIL A SEMPA
Digitally signed by ABIGAIL A SEMPA
Date: 2026.09.03 20:44:00 -05'00'

Abigail Sempa
Special Agent
Homeland Security Investigations

The Honorable David B. Fannin
United States Magistrate Judge
Western District of Texas